# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| BOYD SMITH, NANCY SMITH, JOEY SMITH, JEFFREY SMITH, JILL SMITH, BESSIE HACKNEY, WILLIAM GRAY, PEGGY GRAY, and GREGORY HOUSTON, | ) ) ) ) ) | No.: 3:04-CV-591 Jarvis/Guyton |
| Plaintiffs, | ) | |
| v. | ) | |
| FIRST CENTURY BANK, CONNIE DYER, SHERI LAWSON, and DELORES GRAVES, | ) ) ) | Consolidated |
| Defendants. | ) | |
| and | ) ) | |
| ERNEST NICELY and PATRICIA NICELY, | ) ) | No. 3:05-CV-175 Jarvis/Guyton |
| Plaintiffs, | ) | |
| v. | ) | |
| FIRST CENTURY BANK, CONNIE DYER, SHERI LAWSON, and DELORIS GRAVES, | ) ) ) | |
| Defendants. | ) | |

## AGREED ORDER ON MOTION TO EXTEND DEPOSITION

Upon the agreement of plaintiffs and defendants First Century Bank, Sheri Lawson, and Deloris Graves, it is hereby

ORDERED, that the motion of defendants First Century Bank, Sheri Lawson, and Deloris Graves to extend the deposition of Nancy Smith for one additional day of seven hours is

1

GRANTED. It is further ORDERED, that the deposition of Joyce Love, in her individual capacity, be extended for one additional day of seven hours.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge

APPROVED FOR ENTRY:

/s/Adrienne L. Anderson
Adrienne L. Anderson (BPR #015971)
KRAMER RAYSON LLP
P.O. Box 629
Knoxville, Tennessee 37901-0629
(865) 525-5134
Attorneys for Plaintiffs

/s/M. Edward Owens, Jr.
M. Edward Owens, Jr. (BPR #007159)
LEWIS, KING, KRIEG & WALDROP, P.C.
One Centre Square
620 Market Street, Fifth Floor
P. O. Box 2425
Knoxville, Tennessee 37901
(865) 546-4646
Attorneys for Defendant First Century Bank

/s/ Christopher W. Conner
Christopher W. Conner, Esq. (BPR #017724)
Garner, Kull, Freestate & Conner
P.O. Box 5059
Maryville, TN  37802-5059
(865) 984-1268
Attorney for Defendant Sheri Lawson

/s/ Kevin B. Fox
Kevin B. Fox, Esq. (BPR #014851)
Montpelier & Young, P.A
9059 Middlebrook Pike.
Knoxville, TN  37923
(865) 673-0330
Attorney for Defendant Deloris Graves